# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHILIP J. VONVILLE,

    Petitioner,

        v.

JOHN KERESTES, *et al*.,

    Respondents.

NO. 3:14-CV-1582

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## **ORDER**

**NOW**, this 5th day of March, 2019, **IT IS HEREBY ORDERED** that:

(1)     The Report and Recommendation (Doc. 37) is **ADOPTED**.

(2)     The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **CONDITIONALLY GRANTED**.

(3)     Petitioner's conviction and sentence is **VACATED**.

(4)     The Commonwealth shall retry Petitioner within **120 days from the date of entry of this Order or he shall be released from custody**.

(5)     The Clerk of Court is directed to mark the case as **CLOSED**.

                                            /s/ A. Richard Caputo  
                                            A. Richard Caputo  
                                            United States District Judge