**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PHILIP J. VONVILLE,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN KERESTES, *et al.*,<br><br>    Respondents. | NO. 3:14-CV-1582<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

### **ORDER**

**NOW**, this 21st day of May, 2019, **IT IS HEREBY ORDERED** that:

(1) The Commonwealth's Motion for Stay Pending Appeal (Doc. 48) is **DENIED**.

(2) Philip Vonville's Motion for Release Pending Appeal (Doc. 60) is **DENIED without prejudice**.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge